Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida

Jacksonville Division

|  |  |
|---|---|
| Camille A Abboud | Case No. 3:22−CV−305−TJC−PDB |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☒ Yes   ☐ No |
| -v- | |
| NextEra - Florida Power & Light | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

FILED 2021 MAR 17 AM 10: 17 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Name | Camille A Abboud |
|---|---|
| Street Address | 13934 Village Lake Circle - Holiday Inn Express - Suite 411 |
| City and County | Jacksonville - Duval County |
| State and Zip Code | Florida - 32258 |
| Telephone Number | 904.606.6060  & 720.480.0090 (Cell) |
| E-mail Address | camilleabboud1961@gmail.com//camilleabboud2013@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | James L. Robo |
| Job or Title *(if known)* | Executive Chairman - NextEra Energy, Inc. |
| Street Address | 700 Universe Blvd. |
| City and County | Juno Beach - Palm Beach County |
| State and Zip Code | Florida - 33408 |
| Telephone Number | (561) 694-4000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Eric E. Silagy |
| Job or Title *(if known)* | Chairman, President & CEO - Florida Power & Light Co. |
| Street Address | 700 Universe Blvd. |
| City and County | Juno Beach - Palm Beach County |
| State and Zip Code | Florida - 33408 |
| Telephone Number | (561) 694-4000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | John W. Ketchum |
| Job or Title *(if known)* | President & CEO - NextEra Energy Inc. |
| Street Address | 700 Universe Blvd. |
| City and County | Juno Beach - Palm Beach County |
| State and Zip Code | Florida - 33408 |
| Telephone Number | (561) 694-4000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Rebecca J. Kujawa |
| Job or Title *(if known)* | President & CEO - NextEra Energy Resources, LLC |
| Street Address | 700 Universe Blvd. |
| City and County | Juno Beach - Palm Beach County |
| State and Zip Code | Florida - 33408 |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| | |
|---|---|
| Telephone Number | (561) 694-4000 |
| E-mail Address *(if known)* | |

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | NextEra - FPL |
| Street Address | 700 Universe Blvd. |
| City and County | Juno Beach - Palm Beach County |
| State and Zip Code | Florida - 33408 |
| Telephone Number | (561) 694-4000 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

Energy Reorganization Act of 1978

☒    Relevant state law *(specify, if known)*:

Florida Civil Rights Act of 1992

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☒ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*:   Public Utility WhistleBlower

   *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

   Started in 2017 & Continues today

C. I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☒ color      Dark Skinned
- ☒ gender/sex      Male
- ☐ religion
- ☒ national origin      Lebanese Origin
- ☐ age *(year of birth)*    1961      *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

   SSDI

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I am a 60-year old disabled male with 5 College Degrees, 3 of which are Masters' Degrees in Engineering, Utility Nuclear Operations as well as as 6 National Certifications & Nuclear Clearance. I have over 28 years of Utlity Experience in Strategic & Financial Operations, Generation, Distribution, Transmission, Nuclear, Renewables, Regulatory & Risk Management.
Over the past 5 years (up until February 2022), I submitted completed applications to over 300 jobs at NextEra - FPL  in various areas of NextEra FPL's Utility Business. Over 300 applications ranging from an entry level to Sr. Director positions and NOT a single acknowledgement, phone call or interview. NextEra- FPL continues to discriminate against me for 5 different characteristics, including Nuclear Utility Whistleblower violating Federal & State Laws. (Please see attached Notice of Suit Rights from US EEOC 15D-2019-00541).

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

2019

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*    1/11/2022    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

In addition to the psychological, mental and emotional afflictions as a result of the defendants' causation and actions, I have been ruined, professionally & financially.  My forensic economic expert estimates my financial downfall to be between $5 and 10 Mil over the course of my career (as of 2019), in addition to $2 Mil, value of life-insurance protection.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        3/14/2022

Signature of Plaintiff        _____  3/14/22

Printed Name of Plaintiff    Camille A Abboud

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number            _____

Name of Law Firm        _____

Street Address            _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address            _____