CAMILLE A. ABBOUD,

    Plaintiff,

v.                                    Case No. 3:22-cv-305-TJC-PDB

NEXTERA ENERGY, INC., a Florida
for-profit corporation, NEXTERA
ENERGY RESOURCES, LLC, a foreign
limited liability company, FLORIDA
POWER & LIGHT CO., a Florida for-
profit corporation, NEXTERA ENERGY
TRANSMISSION, LLC, a foreign
limited liability company, and
NEXTERA ENERGY SERVICES, LLC,
a foreign limited liability company,

    Defendants.

---

# **O R D E R**

Upon review of Plaintiff's Notice of Voluntary Dismissal Without Prejudice

(Doc. 35), filed on December 16, 2022, this case is dismissed without prejudice. The

Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of December, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record